

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 30, 2023

Re:     *1:23-cv-02771-RA Toro v. Exit Sign Warehouse, Inc.*

Status Letter and Request for Extension of Submission Deadline

Dear Judge Abrams,

Plaintiff's counsel submits this letter-motion to seek an extension of the Joint Letter submission deadline, currently scheduled for September 1st, 2023. Counsel has been unsuccessful thus far in attempts to communicate with Defendant. Plaintiff requests a 45 day adjournment for Defendant to appear and proposes to reschedule the conference for October 16th, 2023, or a date convenient to the Court. We will continue to contact Defendant informally, and if they fail to appear by the next date, will file for default. This is the first time relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

Application granted.  To clarify, there is not currently a conference scheduled with the Court.  No later than October 16, 2023, the parties shall submit a joint letter indicating whether the Court should (1) refer the case to mediation or a magistrate judgment, or (2) schedule an initial status conference in the matter.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
08/31/2023