UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

EXIT SIGN WAREHOUSE, INC.,

                Defendant.

23-CV-2771 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 31, 2023, the Court ordered the parties to submit a joint letter no later than October 16, 2023, requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* Dkt. 8. An electronic summons was issued to Defendant on April 4, 2023, although Defendant has not yet filed an appearance or Answer. On October 18, 2023, the Court further ordered the parties to submit a joint letter no later than October 27, 2023. *See* Dkt. 9. To date, the parties have not yet filed a joint letter.

The parties shall submit their joint letter no later than November 10, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 31, 2023
             New York, New York

                                                            _____
                                                              Ronnie Abrams
                                                               United States District Judge